IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00203-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RYAN GRUBB | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's letter requesting early termination of supervised release. (Doc. No. 280).

On May 18, 2011, the Court sentenced the defendant to eighteen months' incarceration and three years' supervised release for marijuana and money laundering conspiracies. (Doc. No. 206: Judgment). He was released from confinement in September 2011.

Title 18, United States Code, Section 3583(e)(1) allows courts to terminate supervised release after consideration of certain factors in § 3553(a) if warranted by the conduct of the defendant and the interest of justice. Here, the defendant reports graduating from college, steady employment, and no violations of the conditions of his release. These represent productive choices. However, given the defendant's role in the offense which occurred shortly after being on probation for another criminal offense, the Court finds that early termination is not in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the defendant's request, (Doc. No. 280), is **DENIED.**

Signed: January 10, 2014

Robert J. Conrad, Jr.
United States District Judge